Mark H. Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN V. KOZMARY, M.D., LLC, d/b/a CLEVELAND BACK AND PAIN MANAGEMENT CENTER, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CGS ADMINISTRATORS, LLC; a Delaware limited liability company; ALEX AZAR, in his official capacity as the Secretary of the Department of Health & Human Services; SEEMA VERMA, in her official capacity as the Administrator of the Centers for Medicare & Medical Services; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, government agencies, inclusive,<br><br>Defendants. | Case No. 2:19-CV-02219<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiff, Steven V. Kozmary, M.D., LLC, d/b/a Cleveland Back and Pain Management Center ("Plaintiff"), by and through counsel of record, Mark H. Hutchings, Esq. of the law firm Hutchings Law Group, LLC, and CGS Administrators, LLC, Alex Azar, in his official capacity as the Secretary of the Department of Health & Human Services, Seema Verma, in her official capacity as the Administrator of the Centers for Medicare & Medical Services, The United States Department of Health and Human Services, and The Centers for Medicare and Medicaid Services, by and through counsel of record Roger W. Wenthe, Esq. Assistant United States Attorney, hereby stipulate as follows:

1

1. For dismissal of the action pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) as to all parties, and without prejudice;

2. That each party is to bear its own fees and costs associated with the action; and

3. That all dates currently scheduled in the underlying action be vacated.

| Dated: May 8, 2020 | Dated: May 8, 2020 |
| --- | --- |
| HUTCHINGS LAW GROUP, LLC | ASSISTANT UNITED STATES ATTORNEY |
| */s/ Mark H. Hutchings* | */s/ Roger W. Wenthe* |
| Mark H. Hutchings, Esq. | Roger W. Wenthe, Esq. |
| NV Bar No. 12783 | NV Bar No. 8920 |
| 552 E. Charleston Blvd. | 501 S. Las Vegas, Blvd., Suite 1100 |
| Las Vegas, NV 89104 | Las Vegas, NV 89101 |
| Telephone: (702) 660-7700 | Telephone: 702-388-6538 |
| mhutchings@hutchingslawgroup.com | roger.wenthe@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISCTRICT JUDGE

Dated: May 8, 2020.